■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MARZOCCO, Appellant. [717 NYS2d 917] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered October 1, 1998, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The decision whether to permit the withdrawal of a plea of guilty rests within the sound discretion of the trial court (*see, People v Ramsingh*, 267 AD2d 406). The trial court providently exercised its discretion in denying the defendant's motion to withdraw his plea without holding a hearing since the defendant's unsubstantiated claim of innocence was refuted by his earlier admission of guilt (*see, People v Eschenberg*, 275 AD2d 719).

The defendant's claim of ineffective assistance of counsel is without merit (*see, People v Sosa,* 258 AD2d 312; *People v Knowles,* 256 AD2d 592). Ritter, J. P., Thompson, Friedmann, H. Miller and Feuerstein, JJ., concur.